CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC 0 8 2005

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

JOHN D. FOSTER, JR., )
)
    Plaintiff, )
)
v. ) Case No. 4:05cv000003
)
FOOD LION, LLC, )
)
    Defendant. )

## VOLUNTARY DISMISSAL

This day came the Plaintiff, by counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure and moved for voluntary dismissal with prejudice of this action. It appearing to the Court that Defendant concurs with this motion, it is hereby ORDERED that this case is dismissed with prejudice with all parties to bear their own costs and legal fees.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

ENTER: This 8th day of December, 2005.

                                                      _____
                                                      United States District Judge

We ask for this:

*[signature]*

Ronald W. Williams, Esq.
Robert L. Morrison, Jr., Esq.
Williams, Morrison, Light and Moreau
317 Patton Street
Danville, VA 24541
Phone: 434-793-4912
Fax:   434-792-6110


Seen and Agreed:

*[signature]*

Jim H. Guynn, Jr. (VSB #22299)
Guynn, Memmer, & Dillon, P.C.
P.O. Box 20788
Roanoke, VA 24018
Phone: 540-387-2320
Fax:   540-389-2350
       Counsel for Defendant